US District Court For _____    Civil Action No _____

Randy Lee Grainger (RLG)
4150 J Reuben Long Ave.
Conway, SC 29526
   Plaintiff

V

JRL Det. Center
MEDIKO, Corporals
CRIBB, Vermeer
Officers Childers,
Oliver, Linnen
Nurse "Rachel" AND
Mental Health couns.
"Jennifer"
4150 JRL Avenue
Conway SC 29526
   Defendants

1983
Civil
Action
Complaint
(Ammended, 2nd)

A Lawsuit Has Been Filed Against All Named Defendants Above

**Plaintiff** Randie Lee Grainger (RLG) is and was at all times relevant hereto a Pretrial Detainee in the custody of J Reuben Long Det. Center (JRLDC) At the times of events relevant hereto "RLG" was incarcerated at/in Conway, SC. "RLG" is currently incarcerated at "JRLDC".

**Defendants**

"JRLDC" is the Detention Facility for all of Horry County, South Carolina. It houses all of Horry County's Pre Trial Detainees.

**MEDIKO:** Provides contracted medical services to "JRLDC" along with medical staff

**Corporal's CRIBB, Vermeer:** Are tasked with managing corrections officers on any particular

OFFICERS (CO'S) OLIVER, CHILDERS, LINNEN: Are Tasked with management of units/Pods on any 12 hour shift, To include Security of each inmate, Feeding, Etc

NURSE RACHEL: Paid Nurse By MEDKO To provide medical services to JRLDC inmates/Pre-Trial Detainees

COUNSELOR "JENNIFER": Arranges, Schedules and Evaluates JRLDC Inmates who Request mental Health Services,

Previous Lawsuits: Plaintiff "RLG" Has Filed An original Suit with mostly same Facts. This is An Ammended, 2nd complaint. It Includes more Allegations, Parties.

Plaintiff RLG Exausted All Forms Available of Administative grievances from The Kiosk Located within Unit, To Begging CO's, Corporals For Help, RLG Even went So Far As Filing A "PREA" (Prison Rape Elimination Act) on The Kiosk, and with Officer Linnen to Speak/Report to Higher Officials To NO AVAIL!

Plaintiff Randie Lee Grainger (B) alleges the following facts:

At all relevant times herein, Defendants were persons for purpose of 42 USC 1983 and acted under "Color of Law" to deprive Plaintiff of his constitutional right(s) as set forth more fully below

~~Facts~~
On or about December 3, 2021 at app. 9:30 am Plaintiff RLG was called to CO's desk on unit A-1 to meet with Mental Health counselor "Jennifer". She was standing next to C.O. Childers. She asked RLG basic questions regarding his current state of mind, current meds, all the while C.O. Childress was mocking RLG more directly" when RLG mentioned his "Maryland Medical Canabbis" usage. At this point C.O. Childress said "Ooooooo medical canabis!" while he made motion as he was taking a toke with his hand to mouth. and laughing. (Hippa violation 1)

RLG on 1/2/22 in cell 103, UNIT C-3 at approximately 11:15p—11:30p was woken by C.O. Oliver, CPL CRIBB. Oliver had a cell phone with Nurse Rachel on "Speaker phone" where all of my cell mates could hear the entire conversation. She asked about my medical records where I had been seen/diagnosed with not only mental illness, but also medications and also my allergy to fish. My roommates who I really had only known for just over a week were alarmed at the info, and my mental condition and prescribed meds (Thorazine) I complained, stating my Health Information Portability Protection (HIPAA) Rights were being violated! Oliver continued the call as a speaker phone call in its entirety. 3 days later Inmate Tyler Preston and I were involved in

## FACTS CONT.

Officer Oliver entered our cell (103-C3) and asked Tyler if he was OK? With no regard to RLG, then shut the door — no question of me (RLG) or my health. From this point on people/inmates started treating me different (avoiding me).

On 1/20/22 Plaintiff "RLG" was cleaning/sweeping cell 103 (his cell) when inmate Wilson "TAZ" on the pods clean-up crew stepped into cell 103's doorway and began "verbally assaulting" "RLG" saying "I will slap/knock the shit outta' your crazy ass!" "RLG" had done nothing to "TAZ" to warrant these/this reaction/action from "TAZ." RLG ignored/continued cleaning. TAZ then sprayed RLG with an "unknown fluid" from a spray bottle, then hit/struck RLG on left side of his head! RLG was blinded in eyes (left eye, days) and had a lump/knot on his head! I closed the door with TAZ outside of cell. I rang the officer's desk for CO Linnen (speaker/mic doesn't work). I then began banging on door (call the

IN PAIN, BURNING-THROBBING)
"LINNEN" FINALLY CAME TO CELL 103
I TOLD HIM EXACTLY WHAT HAPPENED
AND ASKED FOR A NURSE AT 8:30
He SAID He WOULD CALL MEDICAL.
But "TAZ" WAS STILL ALLOWED
TO ROAM THE POD, AND MENACE,
THREATEN ME WITH TAUNTS -
SUCH AS "I'M GOING TO BEAT YOU LIKE A
CRAZY BITCH!" THE NURSE CALLED "JAMIE"
FINALLY SHOWED UP AT 9AM (40 minutes later)
AND TAZ WAS FINALLY LOCKED DOWN
(1 Hour Later) I WAS TAKEN TO MEDICAL,
MY EYES WERE FLUSHED FOR 15 MIN (I was
ALSO PROMISED EYE DROPS/SALINE FLUSH -
IT IS NOW THE 25TH, 5 DAYS LATER AND
STILL NO EYE DROPS!) RLG WAS
RETURNED TO HIS CELL (103-CS) AT Approximately
9:40 AM. AT 10 AM CORPORAL VERMEER
CAME TO GIVE "RLG" A 48 Hour LOCKDOWN/
WRITEUP. "RLG" ASKED WHY? AND Protested
WHY WAS RLG, AS VICTIM Being Punished?
I/RLG ASKED FOR NEXT OFFICER UP IN
CHAIN OF COMMAND - "VERMEER" CLOSED THE
DOOR TO 103.  5 Minutes Later "VERMEER"
CAME BACK to 103 - HE INFORMED "RLG" THAT
THE LOCKDOWN WOULD BE FOR "24 Hours" AND "TAZ"

KY PP2A 10 30 21

FACTS. Continued)

Corporal Vermeer's Response To my Request For "HC Sheriff" was "That's <u>Not</u> going To Happen!" At This point I had "Zero options" But To File A "Prison Rape Eliminate Act" (PREA) Report on The Unit's Kiosk- Linnen Never Responded "Nobody Responded!" This Action Started "TAZ" To Start yelling From His cell 107- RLC is A "CHomo" (CHild molester) I Am not, Nor Have I Ever Been charged, Much less commited <u>Any</u> Sexual Deviant Crimes. Several inmates started calling RLC "PREA AND CHomo" AGAIN - My Attempt to speak with An Higher Ranked officer

[...] Officer by filing a grea, went unanswered! Also I have a "JRLDC" armband that doesn't have my name correctly spelled - I believe this is why I have not received any mail! On purpose or not?
(On 1/15/22 I was taken down to booking and received a new armband. BUT the name was **NOT** spelled correctly!)

~~My legal name~~ since birth has always been "RANDIE Lee GRAINGER" NOT Randy Lee Grainger.

My MD Drivers License, ~~my SS card~~ and SC Birth Certificate all have "RANDIE" spelling.

(I have spelled my name herein as JRLDC has it spelled on my armband, and JRL System only to receive correspondence from court (you)) RLG believes JRLDC ~~intentionally~~ has not corrected this mistake!

072421 KYPP

THEN ON 1/23/22 At Approximately 11 Am During Med Pass "Nurse Rachel (Rachel) came to (C2-103) my cell to give me (medications) I Noticed A very yellow Pill (Not prescribed, HAD Not Been given A yellow pill ever By Mediko) Really "RLF" Didn't give much Thought At The Time And Took The Meds.

At 1:30 Am (1-24-22) RLG Awoke To Serious Chest pain, with Issues Breathing. He Banged on Door of His Cell (103) To get The officer's (Davis) Attention. At 2am C/O Robinette came To escort me To Medical. No Wheel chair / RLG walked Exaustively, Slowly To Medical!

FACTS cont

Once 'RLG' arrived in Medical a "male" nurse took vitals RLG had a low BP rate, and very high blood pressure reading 179/82 my BP has never been so high. "Nurse Rachel" was also present. They then proceed to attach leads for an "EKG" monitor, and male nurse asked me to take deep breaths (I could barely breath) Nurse Rachel said on 2 occasions here "He isn't demonstrating any heart failure characteristics" (Shooting pain, etc.) All "RLG" knew was that he could barely breathe, his chest and head were "pounding in pain". RLG asked "Rachel" what the "unknown" yellow pill was that she gave him at med pass was? She did NOT reply. The male nurse was running EKG machine as "Rachel" walked away "RLG" told the male nurse that he had gotten a weird

YELLOW PILL at MED PASS THAT PREVIOUS EVENING AND THEN HE HAD NEVER RECIEVED ONE LIKE IT BEFORE!

THE MALE NURSE TOOK Printout FROM EKG OUT OF Room where I WAS LAID OUT ON gurney.

"Rachel" CAME BACK TO me IN Room, with MY Regular THORAZINE PILL PACK/PAKit AND GAVE ME THE DOSE (B4, white pill) THAT I SHOULD HAVE, But DID NOT Recieve At Previous MED-Pass. AFter 20-30min MY PULSE AND BP were Lower, AS "Rachel" TOOK MY VITALS AGAIN. At 3AM I WAS RETURNED BACK TO MY CELL 103 IN UNIT C-3 By OFFICER ROBINETTE.

COUNT ONE (1)
Breach OF Duty TO Protect PLAINTIFF, PLAINTIFF'S MEDICAL INFO UNDER "HIPPA"

KY PP2 A  10 30 21

Count Two (2)

Failure To Administer Adequate Medical And Security Remedies

Count Three (3)

Retaliatory Treatment For Filing Grievances, And 1983 Complaint Including PREA.

Count Four(4)

Public Humiliation/Degradation

A) Plaintiff Requests, No Prays For A Court Order Declaring That Defendants Have In Fact Acted With Flagrant Indifference And Unprofessional Conduct To Violate Plaintiffs Constitutional Rights.

B) Plaintiff Requests $300,000.00 As Compensatory Damages, And A Written Statement of Apology For Actual Damages

Signed This 27th Day of January, 2022

Randie Lee Grainger

I Declare Under Penalty Of Perjury That The Foregoing is True And Correct

Randie L. Grainger

1/27/22